CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Mia Crystal Ruiz**<br>DOB: 2006; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-02698MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about December 6, 2025, in the District of Arizona, **Mia Crystal Ruiz**, knowing or in reckless disregard that certain aliens, including Juan De La Cruz-Florencio, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)**.
**COUNT 2 (Misdemeanor)** On or about December 6, 2025, in the District of Arizona, **Mia Crystal Ruiz**, knowing that certain illegal aliens, including Juan De La Cruz-Florencio, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1) and Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On December 6, 2025, in the District of Arizona (Patagonia), at approximately 4:24 p.m., Border Patrol Agents (BPAs) who were parked at approximately mile marker (MM) 19 on State Route 82 observed a red Chrysler 300 with an Arizona Temporary license plate that was riding abnormally low. BPAs could only see a driver due to the heavily tinted windows. BPAs got behind and followed the vehicle for further investigation. The vehicle was traveling in between other vehicles. As BPAs exited the town of Patagonia, they passed the last vehicle in the group, and BPAs were directly behind the Chrysler 300. The vehicle immediately began to slow down and began to fail to stay in its lane. BPAs could see head silhouettes through the back window of the vehicle. BPAs ran record checks for the Arizona Temporary License plate 672076U. The registered owner was Divine Auto Sales LLC from Casa Grande, AZ. When conducting human smuggling operations Transnational Criminal Organizations (TCOs) commonly use temporary license plated vehicles to disassociate the driver from the vehicle. It is common for TCOs to use businesses as the registered owner. Another common tactic for TCOs is to place people in the back seat of the vehicle without a front passenger. TCOs use State Route 82 to avoid the Interstate 19 checkpoint since State Route 83 checkpoint is closed. TCOs commonly put people in the trunk of the vehicle to further conceal extra passengers. This will cause the vehicle to have the rear of the vehicle ride abnormally low. Smugglers slow down below the speed limit to allow law enforcement to pass them by. BPAs followed the vehicle for approximately six miles. BPAs initiated a traffic stop at approximately MM 25, to conduct an immigration inspection on the occupants.
**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Juan De La Cruz-Florencio

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent<br>Jeremy Sykes |
|---|---|
| Sworn by telephone _X_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 8, 2025 |

1) See Federal Rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Chamblee

**Continued from front page**                                                      25-02698MJ

As BPAs got out of their vehicle, a subject in the rear right jumped out of the vehicle and tried to abscond. BPAs were able to apprehend the individual and put him back in the vehicle. Two or the five passengers were located in the trunk. BPAs questioned the five passengers as to their status and citizenship, and they all admitted being citizens and nationals of Mexico who were illegally present in the United States. The driver, later identified as **Mia Crystal Ruiz**, was placed under arrest for human smuggling. Record checks revealed all five passengers, including Juan De La Cruz-Florencio, do not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness, Juan De La Cruz-Florencio, stated he is a citizen of Mexico and made arrangements to be smuggled into the United States in Mexico. He was going to pay $100 to cross. He crossed into the United States east of Nogales, Sonora, Mexico where there was no international boundary fence. He walked approximately five hours with four other subjects and a foot guide, before he was picked up by the vehicle. When the vehicle picked him up, there was already one other subject in the vehicle.

After waiving her *Miranda* rights, the driver, **Mia Crystal Ruiz,** stated she was made aware of an opportunity to make money via a post on Snapchat. **Ruiz** stated that her Snapchat account has been active since her freshman year of high school and that the post originated from a friend on the application. **Ruiz** stated that as soon as she clicked on the post, it diverted her to the WhatsApp application which she had to download today. She had to go to Nogales to make the pick-up between 12:30 and 1:00 p.m., and she arrived at the initial location at 12:45 p.m. She then stated that the original number of people getting picked up was supposed to be three, not five. The original plan was to have one person in the backseat and two people in the trunk. She stated that she picked up the first individual by a Walmart and then had to go into the desert (off Duquesne Road) to pick up the other four. Her guide would send her directions in 30-minute increments with the destination of Phoenix, Arizona. **Ruiz** stated she was going to be paid $1,600 per person and be paid for the additional time it took to pick up the people.